UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

      v.            Case No.  09-cr-121-01/02/03-SM

Luis A. Ortiz, Jonathan Lara,
and Wendy Abar,
    Defendants

## O R D E R

Defendant Lara's motion to continue the trial is granted (document no. 27).  Defendant Lara has filed a Waiver of Speedy Trial.  Trial has been rescheduled for the month of January 2010.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendants in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for January 8, 2010 at 10:00 a.m.

Jury selection will take place on January 20, 2010 at 9:30 a.m.

SO ORDERED.

*Steven J. McAuliffe*
Chief Judge

October 15, 2009

cc:  Paul Garrity, Esq.
James Gleason, Esq.
Jonathan Saxe, Esq.
Jennifer Davis, AUSA
U.S. Marshal
U.S. Probation